Rolf Forsberg, Plaintiff-Appellee, v. Meyer Braiterman, Four Wheels, Inc., a Corporation, and or Z Frank, Inc., an Illinois Corporation, Defendants-Appellants.

Gen. No. 52,241. (Abstract of Decision.)

First District.

October 31, 1968.

Andrew J. Farrell, of Chicago, for appellants; Carmen V. Speranza, of Chicago, for appellee. Opinion by PRE-SIDING JUSTICE ABRAHAMSON. Not to be published in full.